IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FRED DALTON BROOKS, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 5:12-CV-281 (CAR) |
| | : | |
| CARL HUMPHREY, *et al.*, | : | 42 U.S.C. § 1983 |
| | : | |
| Respondents. | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Presently before the Court is the United States Magistrate Judge's Recommendation to dismiss John and Jane Doe from the above-captioned suit [Doc. 7]. Petitioner Fred Dalton Brooks has not filed an objection to the Recommendation. Having reviewed the Recommendation and Petitioner's Complaint, the Court agrees with the findings and conclusions of the Magistrate Judge.  In its current form, Petitioner's Complaint does not provide sufficient information to identify John and Jane Doe among the several guards employed by the Georgia Diagnostic and Classification State Prison.[1]  As "fictitious-party pleading is not permitted in federal court,"[2] John and Jane Doe are hereby **DISMISSED** from this action.

---

[1] *See Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010).

[2] *Id.*

Accordingly, the Recommendation of the United States Magistrate Judge [Doc. 7] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**.  As stated by the Magistrate Judge, Petitioner "may amend his complaint (keeping in mind any applicable statute of limitations) if and when he learns the names of these individuals or is able to provide a specific description of these individuals."[3]

**SO ORDERED,** this 16th day of November, 2012.

> S/  C. Ashley Royal
> C. ASHLEY ROYAL, CHIEF JUDGE
> UNITED STATES DISTRICT COURT

BBP

---

[3] [Doc. 7 at 4].