IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FRED DALTON BROOKS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 5:12-CV-281 (CAR) |
| CARL HUMPHREY, *et al.*, | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATION AND
## PLAINTIFF'S MOTIONS FOR EMERGENCY INJUNCTIVE RELIEF

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 45] to grant Defendants' Motions to Dismiss [Doc. 33 & 39] Plaintiff's Complaint in its entirety. Plaintiff has filed a Motion for Reconsideration [Doc. 47], which the Court construes as his Objection to the Recommendation. After thoroughly considering Petitioner's Objection pursuant to 28 U.S.C. § 636(b)(1), the Court agrees with the findings and conclusions of the Magistrate Judge.

In his Objection, Plaintiff largely restates the same facts and arguments the Magistrate Judge addressed at length. To the extent Plaintiff's Objection includes new factual allegations, the Court construes his Objection as a Motion to Amend his Complaint and **DENIES** this Motion as futile.[1] Even with these new allegations,

---

[1] *Newsome v. Chatham Cnty. Det. Ctr.*, 256 F. App'x 342, 344-45 (11th Cir. 2007).

Plaintiff fails to allege colorable Eighth Amendment claims for the same reasons stated in the Recommendation.  Thus, the Magistrate Judge's Recommendation [Doc. 45] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.  Defendants' Motions to Dismiss [Docs. 33 & 39] are **GRANTED**, and Plaintiff's Complaint is **DISMISSED**.[2]

Also before the Court are Plaintiff's recently-filed Motions for Emergency Injunction [Doc. 48] and Hearing [Doc. 50].  In these Motions, Plaintiff complains of being returned to the same wing of the Special Management Unit as his alleged assailant and requests that the Court order Defendants to move Plaintiff to a different wing.  On August 11, 2013, Plaintiff was moved to a different wing without incident, and he is no longer housed in the same wing as his alleged assailant.[3]  Accordingly, Plaintiff's Motions for Emergency Injunction [Doc. 48] and Hearing [Doc. 50] are **DENIED as moot**.

**SO ORDERED**, this 5th day of September, 2013.

> S/ C. Ashley Royal
> C. ASHLEY ROYAL, CHIEF JUDGE
> UNITED STATES DISTRICT COURT

BBP

---

[2] The final pending Motion to Dismiss [Doc. 17], which preceded Plaintiff's Amended Complaint and Defendants' subsequent Motions to Dismiss, is **TERMINATED as MOOT**.

[3] Bishop Aff. at 2-3 [Doc. 52-1].